RECEIVED US Dist Court -UT
OCT 02 '23 PM 12:53

Name: Constantino Cuara R.
Address: 4207 West 5655 So Kearns UT 84118
Telephone: 385 488 6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_____ DIVISION

United states of America
Constantino Cuara R.
(Full Name)
         PLAINTIFF

vs.

Utah Trust Lands Administration
Utah state office- Bureau of land management
Utah - SLC field office / Bureau of land
Utah school and institutional Trust Lands Administration
BLM  Utah state office
LandRancher
Early Trust lands, Utah land management
Cache valley bank
         DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO. _____
(Supplied by Clerk)

Case: 2:23-cv-00693
Assigned To : Shelby, Robert J.
Referral Judge: Bennett, Jared C.
Assign. Date : 10/2/2023
Description: Cuara R. v. Utah Trust
Lands Administration et al

## A. JURISDICTION

1.    Jurisdiction is proper in this court according to:

        a. ✓ 42 U.S.C. §1983
        b. ✓ 42 U.S.C. §1985
        c. ___ Other (Please Specify) _____

2.    NAME OF PLAINTIFF Constantino Cuara R.
      IS A CITIZEN OF THE STATE OF SLC  UT  USA

      PRESENT MAILING ADDRESS: 4207 W. 5655 S. Kearns
                                UT 84118

Defendants

1: Special Use Leases - Utah Trust Lands
   Administration.
2: The USQ Ground Lease - Ground Lease
   Management.
3: Leases & Permits - California State Lands
   Commission.
4: Salt Lake City Agricultural Land Lease
   Lawyers in Utah.
5: Leases and Permits - Bureau of land management
6: CamoAg: Home/Agricultural Intelligence and workflow
7: Agricultural Conservation Easement program (ALE)
8: (NRCS) USDA gov.
9: Conservation Programs - USDA Farm Service Agency
10: Lands and Realty Management / US Forest...
11: The Federal Land Management Agencies
12: Federal Land ownership Overview and data.
13: Real estate and federal lands for sale by
    the ~~government~~ government

Defendants

14: Federal Land Ownership Overview and data
~~CRC~~. CRS.
15: America's Public Lands origin, history, future
16: Extell Development
17: Aspen Leaf Realty LLC (Connie seely)
18: Elk Ridge Ranchers indian Ridge
19: Mountain states Properties
20: black Hawk mountain states
21: R and R Realty
22: Majisty Real state (Pam Pettingill
23: U morgage
24: Fathom Realty
25: Bear Mountain Ranch
26: security National morgages
27: Utah community Credit Union
28: wolf Creek Ranch
29: Legacy Ranch
30: strawberry Ranch Mountain Resort
(Dan weatherbie) SWPPP# UTR394557
31 Utah CWMU / Private Lands

Defendants

32: US Forest Service - USDA

33: Foreign Purchases of U.S. Agriculture Land: Facts

34: Department of Agriculture | Globalchange-gov

35: Forest - NYS Dept. of Environmental Conservation

36: U.S. Environmental Protection Agency | US EPA

37: Conservation USDA

38: Environment - United states Department of state

39: office of Conservation and Water - United states

40: List of environmental agencies in the United states.

3.  NAME OF FIRST DEFENDANT _Utah Trust Lands Administration_
    IS A CITIZEN OF _SLC UT_
    <u>(City and State)</u>

    IS EMPLOYED AS _USA gov._ at _SLC UT USA_
    (Position and Title if Any)   (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES _✓_ NO__. If your answer is "YES" briefly explain.

    _Color of law refer to the appearance_
    _of legal authority, or an apparently_
    _Legal right that may not exist_

4.  NAME OF SECOND DEFENDANT _All Defendants_
    (If applicable)

    IS A CITIZEN OF _SLC UT USA_
    <u>(City and State)</u>

    IS EMPLOYED AS _USA gov_ at _SLC UT. USA_
    (Position and Title if Any)   (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES _✓_ NO__. If your answer is "YES" briefly explain.

    _Same Above_

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    <u>(City and State)</u>
    IS EMPLOYED AS_____ at _____.
    (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
                        (city and State)

   IS EMPLOYED AS_____ at _____.
       (Position and Title if Any)        (Organization)
       Was the defendant acting under the authority or color of state law at the time these
       claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

**B. NATURE OF CASE**

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

i'm the owner of the land, trademark of United states and global network, federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct
18 U.S. Code Section 1863 Trespass on National Forest, 76-6-206 Code KKK Act
Hatch Act

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a.    (1)    Count I: _Utah Trust Lands Administration_

         (2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

         _18 U.S Code Section 1863 Trespass on_
         _National Forest, 76-6-206 Code_
         _18 U.S.C. 1031 major fraud against the_
         _United States of America, 18 U.S.C section_
         _1030 fraud of computers, 18 U.S.C 2-239_
         _pyramid scheme promotional scheme penal_
         _Code Section 327, 18 U.S.C Code 1348_
         _Securities and commodities fraud_

   b.    (1)    Count II: _18 U.S.C Code Section 2381 federal_
         _Crime of treason "RICO" Charges_

         (2)    Supporting Facts: _All Defendants_

         _Same Above_

   c.    (1)    Count III: _____

(2)     Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1.     How have you been injured by the actions of the defendant(s)?

*Mental Diseases*

*"WE US OUR"*

*DEATH*

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.     Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

       a.          Parties to previous lawsuit:

                   Plaintiff(s): _____

                   Defendant(s): _____

       b.     Name of court and case or docket number: _____

c.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  _____

d.    Issues raised: _____

_____

_____

e.    When did you file the lawsuit? _____
                                                    Date        Month        Year

f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results.    If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

**F. REQUEST FOR RELIEF**

1.    I believe that I am entitled to the following relief:

*Damages Unspecified*
*1632 protection of government property*
*National Parks and Forest*
*43 USC ch. 35 : Federal Land Policy And...*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _SLC   U S USA_ on _10/02_   2023
　　　　　　　(Location)　　　　　　　(Date)

_CCRD_
Signature